**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**HANNAH EVERETT, On Behalf of Herself and All Others Similarly Situated,**

*Plaintiff*,

v.

**ONE LIFESTYLE, LTD. d/b/a THE GOAT RESTAURANT AND BAR a/k/a THE GOAT, BILLY GOAT TAVERN, LTD., BILLY GOAT TAVERN NC, LLC, BILLY GOAT TAVERN SC, LLC, BILLY GOAT TAVERN TX, LLC, LIFESTYLE PROPERTY MANAGEMENT, LTD., and LIFESTYLE PROPERTY MANAGEMENT, LLC,**

***Defendants.***

**COLLECTIVE AND CLASS ACTION**

**CASE NO. 2:26-cv-00499**

**JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE CHELSEY M. VASCURA**

**JURY DEMAND**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Modify Preliminary Pretrial Order and Joint Stipulation on Tolling (ECF No. 41). For good cause shown, the Joint Motion is **GRANTED**.

The Court extends the below litigation deadlines to the dates stated herein:

- ***Deadline to take discovery related to Plaintiffs' forthcoming motion for Court-supervised notice (referred to in this Order as "Plaintiffs' Notice Motion")***: Extended from December 18, 2026, to February 26, 2027; and

- ***Deadline for Plaintiffs to file Plaintiffs' Notice Motion***: Extended from January 18, 2027, to March 26, 2027.

The Parties are also hereby ordered to notify the Court of the outcome of the parties' December 16, 2026, mediation by no later than December 18, 2026. If the Parties reach a settlement of this action as a result of their mediation on December 16, 2026, the parties shall

propose deadlines for how this matter should proceed. If the Parties do not reach a settlement, the Parties will proceed under the Court's modified litigation schedule, as stated in this Order.

**IT IS SO ORDERED**.

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE